UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
::::::::::::::

Diego Dilan Rodriguez Ordonez,

      Petitioner,

  -against-       **ORDER**

Chad Wolf, et al.

         20 Civ. 1727 (AKH)

      Respondents.
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

  The above-named petitioner has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Upon review of that petition, the government is ordered to submit an answer or other pleading to the petition within 30 days of the date of this Order, along with all transcripts, including sentencing minutes, trial court decisions, appellate decisions, and all briefs in the trial and appellate courts directly relevant to the matters raised in the petition.

  The petitioner shall have 20 days from the date on which he receives respondents' answer to file a response thereto. The petition will be considered fully submitted as of that date.

  SO ORDERED.

Dated:  New York, New York
     March 20, 2020

             _____/s/_____
             ALVIN K. HELLERSTEIN, U.S.D.J.