UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Diego Dilan Rodriguez Ordonez,  :
                :
       Petitioner,  :
                :
  -against-      :  **ORDER**
                :
                :
Chad Wolf, et al.       :
                :  20 Civ. 1727 (AKH)
                :
      Respondents. :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    The above-named petitioner has moved for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65, to enjoin respondents from alleged violations of the Trafficking Victims Protection Reauthorization Act and the Fifth Amendment of the Constitution. *See* ECF No. 7. Having reviewed petitioner's moving papers, the Court orders respondents to (1) file an appearance no later than the end of the day today, April 3, 2020, and (2) to file their opposition, if any, to petitioner's motion for a temporary restraining order, on Tuesday, April 7, 2020. Petitioner shall file his reply, if any, on Thursday, April 9, 2020. Oral argument will be held telephonically on Monday, April 13, 2020, at 11:00 a.m., and will be held via the following call-in number:

    Call-in number: 888-363-4749
    Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

    Finally, no later than Friday, April 10, 2020, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument.

    SO ORDERED.

Dated:  New York, New York
      April 3, 2020

                     _____/s/_____
                     ALVIN K. HELLERSTEIN, U.S.D.J.