UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
   Diego Dilan Rodriguez Ordonez,      :
                                             Petitioner,      :

              -against-                 :      **ORDER**

   Chad Wolf, et al.                   :
                                                      :      20 Civ. 1727 (AKH)

                            Respondents.   :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The parties are hereby notified that Petitioner's motion seeking relief in habeas corpus (ECF No. 1) and Petitioner's motion for a temporary restraining order (ECF No. 7) are, in light of their presentation of substantively analogous arguments, consolidated for purposes of the oral argument that is scheduled for Monday, April 13, 2020. If additional discovery or hearings are required, the Court shall so determine at argument.

        SO ORDERED.

Dated:      New York, New York
                April 6, 2020

                                                             _____/s/_____
                                                             ALVIN K. HELLERSTEIN, U.S.D.J.