**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 7, 2020

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rodriguez Ordonez v. Wolf, et al.*, 20 Civ. 1727 (AKH)

Dear Judge Hellerstein:

    I write respectfully on behalf of Respondents in the above-referenced immigration habeas matter to request permission to file under seal certain documents. Those documents—Respondents' memorandum in opposition to Petitioner's motion for a temporary restraining order, and two supporting declarations and their exhibits—contain sensitive information about Petitioner when he was a minor, including medical information. Consistent with Rule 4(B) of Your Honor's Individual Rules, these documents are being filed on ECF and electronically related to this letter motion. Petitioner consents to this request to seal.

    I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:    */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:   (212) 637-2663
Fax:  (212) 637-2686

*Counsel for Respondent*

cc (via ECF): Counsel for Petitioner

*So Ordered,*
*/s/ Alvin Hellerstein*
*4-8-2020*