UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
   Diego Dilan Rodriguez Ordonez,     :
                                                                                  :
                   Petitioner,     :
                                                      :
          -against-                      :      **ORDER DENYING HABEAS PETITION**
                                                      :      **AND MOTION FOR A TEMPORARY**
                                                      **:**      **RESTRAINING ORDER**
                                                        :
                                                       :
   Chad Wolf, et al.                      :
                                                      :      20 Civ. 1727 (AKH)
                                                       :
                Respondents.  :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

       For the reasons stated on the record at the telephonic oral argument held on April 13, 2020, Petitioner's motion for a temporary restraining order and petition for a writ of habeas corpus are denied, with leave to amend. The Clerk is directed to close the open motions (ECF Nos. 1, 7).

       SO ORDERED.

Dated:      New York, New York
             April 13, 2020

                                                          _____/s/_____
                                                          ALVIN K. HELLERSTEIN, U.S.D.J.