

Catholic Charities Community Services
80 Maiden Lane 13th Fl.
New York, NY 10038
212-419-3700
www.catholiccharitiesny.org

April 14, 2020

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rodriguez Ordonez v. Wolf, et al.*, 20 Civ. 1727 (AKH)
**Consent Letter Motion to File Amended Petition Under Seal**

Dear Judge Hellerstein,

Petitioner's counsel writes respectfully to request permission to file under seal the Amended Petition and attached exhibits. The petition and exhibits contain sensitive information, including medical information and diagnoses concerning Petitioner when he was a minor.

Consistent with Rule 4(B) of Your Honor's Individual Rules, these documents are being filed on ECF and electronically related to this letter motion. Respondents consent to this request to seal. The Court previously granted a consent letter motion to seal certain documents, on the same basis offered here, filed by respondents at ECF 11.

We thank the Court for its consideration of this request.

Respectfully,

/s/ Anthony Enriquez
**Anthony Enriquez, Esq.**
Director, Unaccompanied Minors Program
Catholic Charities Community Services
80 Maiden Lane, 13th Fl.,
New York, NY 10038
Tel: 212-419-3780

*Counsel for Petitioner*

cc (via ECF): Counsel for Respondents

[Signed: Alvin K. Hellerstein, 4-15-2020]

1