UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| Diego Dilan Rodriguez Ordonez, | : |
| Petitioner, | : |
| -against- | : **ORDER** |
| Chad Wolf, et al. | : |
| | : 20 Civ. 1727 (AKH) |
| Respondents. | : |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The Court approves the parties' proposed briefing schedule outlined in their letter dated April 13, 2020 (ECF No. 21). However, the Court cannot accommodate the parties' requested date for oral argument. Oral argument will be held telephonically on Wednesday, April 22, 2020, at 2:30 p.m., and will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        Finally, no later than Monday, April 20, 2020, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument.

        SO ORDERED.

Dated:    New York, New York
          April 15, 2020

                                        _____/s/_____
                                        ALVIN K. HELLERSTEIN, U.S.D.J.