UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| Diego Dilan Rodriguez Ordonez, | : |
| Petitioner, | : |
| -against- | : **ORDER REGULATING PROCEEDINGS** |
| Chad Wolf, et al. | : 20 Civ. 1727 (AKH) |
| Respondents. | : |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

    Petitioner's reply brief, *see* ECF No. 37, puts forth arguments relating to his alleged obesity and high blood pressure that were not mentioned in his amended habeas petition, *see* ECF No. 28. These novel contentions will not be considered at tomorrow's telephonic oral argument. *See, e.g., Melo v. United States*, 825 F.Supp.2d 457, 464 (S.D.N.Y. 2011) (noting that arguments raised for the first time in a reply brief are waived). The hearing will focus only on issues raised in the amended petition. In the event Petitioner would like to amend his habeas petition for a second time after tomorrow's argument, he must make a motion to that effect.

    SO ORDERED.

Dated:  New York, New York
     April 21, 2020

                    _____/s/_____
                    ALVIN K. HELLERSTEIN, U.S.D.J.