UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

Diego Dilan Rodriguez Ordonez, :
:
                Petitioner, :
:
    -against- : **SUMMARY ORDER**
:
:
Chad Wolf, et al. :
: 20 Civ. 1727 (AKH)
:
                Respondents. :
---------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      For the reasons stated on the record at the telephonic oral argument held earlier today, April 22, 2020, at 2:30 p.m., I hold as follows:

1. Petitioner's amended petition for a writ of habeas corpus (ECF No. 28) is hereby denied.

2. Petitioner's request for permission to amend the habeas petition for a second time in order to add new arguments and allegations (ECF No. 29) is denied.

      The Clerk is directed to mark this case closed.

      SO ORDERED.

Dated:     New York, New York
            April 22, 2020

                                                  _____/s/_____
                                                  ALVIN K. HELLERSTEIN, U.S.D.J.